UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
LADONNA POWELL,

                                                                                                          17 Civ. 7731

Plaintiff,

                                                                                                     **NOTICE OF DISMISSAL**

          against-

ALLIED UNIVERSAL SECURITY SERVICES,
ALLIED BARTON SECURITY SERVICES, LLC,
THOMAS TARANTOLA, CHRISTOPHER
TIMBERLAKE, OSVALDO ORTIZ, KEITH REED,
ALBERTO DIAZ, KEVIN MCNAMARA, and
MARTIN FEENEY,

Defendants.
------------------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

     Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff LaDonna Powell hereby dismisses all claims against defendants without prejudice.  Each party shall bear its own costs and fees in this action.

Dated:  October 20, 2017
           New York, New York

                                                            EMERY CELLI BRINCKERHOFF
                                                            & ABADY LLP

                                                            _____/s/_____
                                                            Elizabeth Saylor
                                                            Alanna Kaufman
                                                            600 Fifth Avenue, 10th Floor
                                                            New York, New York 10020
                                                           (212) 763-5000

                                                           *Attorneys for Plaintiff LaDonna Powell*